(Original) AS

# United States District Court
## Northern District of Illinois
## "Eastern Western Division"...

**RECEIVED**

MAR 3 0 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Eddie H. Myles
Plaintiff

-vs-

Nedra Chandler et al;
Defendants

Case Number

# 15c 2855

Judge John W. Darrah
Magistrate Judge Jeffrey T. Gilbert
PC 2

Honorable Judge Presiding

---

## "Complaint"...

### Preliminary Statement,

The Plaintiff, Eddie H. Myles a pro-se prisoner Pursuant Under the Civil Rights Act. Title 42 Section "1983" U.S. Code, brings this "CASE." Plaintiff is requesting the following; "Declaretive", "Nominal" "Punitive" and "Compensatory", and "Injunctive Damages" from, and "Relief-From" all of the defendants who "Together" deprived him of his "Constitutional-Rights", Laws of the United States, Prison and "Administrative-Rules" of the Illinois Department of Corrections (HERE AFTER T.D.O.C.) that are based on "Constitutional-Law." Each Defendant "acted Under Color of State Law."

(PAGE 1 of 22)

(Continued on Page 2)

The Plaintiff Alleges; (1) I.D.O.C. officials "Failed To Protect" the Plaintiff, against an "Assault by another Prisoner" whom Plaintiff, Alerted → I.D.O.C. officials about "Verbal-Threats to Harm-Plaintiff" while in "Segregation" and in "General-Population". (2) That the Staff, here in "Dixon", "Displayed Deliberate Indifference" to Plaintiff's "Heath and Safty" after Plaintiff, made "Dixon Staff" aware of "Him Being Verbally Threatened" from a "Distance" and on a few Occasions "Up Close" → Milton Shepard #K-52138 over weeks Continued to "Threaten → Plaintiff."

## Jurisdiction;

This Court has jurisdiction over Plaintiffs "Claim" of Violation of Federal Constitutional Law Under 42 U.S.C. Sec. "1983."

## Parties;

Now Comes the Plaintiff and States as follows; My Current Name, and Address is: Eddie H. Myles (No Aliases). #A-71068. Dixon Correctional Center (Dixon), 2600 N. Brinton Ave. Dixon Ill. 61021.

(Continued on Page 3)

(Page 3)

1.) The Defendant "Nedra Chandler", the "Warden" here at the Dixon Corr. Center is Responsible for the Overall Opperations at Dixon Prison and is being "Sued in- Her Individual Capacity", and "official Capacity" also.

2.) Defendant "Mr. Thompson" → "Head of Internal-Affairs" at Dixon Corr. Center is being "Sued" in his Individual- Capacity, and "official Capacity" also.

3.) Defendant "Lt. Craft", A "Lt" here at the Dixon Corr. Center is being "Sued in his Individual Capacity" "AND OFFICIAL CAPACITY".

4.) Defendant "Joanna M. Kemmeren" → whose a "Lt." here at Dixon Corr. Center and whose also the "Chair-Person" of the "Djustment Committee is being "Sued in Her Individual Capacity" "Official Capacity" also.

5.) Defendant, "Jose A Hernandez", who is a "Counselor and Member of the Adjustment Committee" here in the Dixon Corr. Center is being "Sued in his Individual Capacity", and "official Capacity" also.

"Litigation History",
        I have brought no other lawsuit dealing with the Same facts in this Case in "State or Federal Court."

(Continued On Page 4)

(Page 4)

Myles V.s. King/Hannes_____ Filed 8/31/2011

defendants were C/o King, and Sgt. Hannes in U.S. District Court for the Northern District of Illinois, before "Judge" → "John W. Dorrah" about the "Above" → denying me "Medical-Attention", and a "Wheelchair" after I fell into a "PotHole" while returning from Court. I settled the Case on 4/9/13.

"Exhaustion of Administrative Remedies".

I have filed grievances on an "Institutional", and "Administrative" level on "All-Issues" presented in this Complaint. All grievances were "Denied" and the grievance procedure is Completed.

"Statement of Facts"...

1.) On "May of 2011" upon my arrival here at the Dixon Correctional Center C/o Graffton (who was the HEAD of-Internal-Affairs upon my Arrival), and a "Lt.-Justice" here in Dixon both Continued to harrass and intimidate Me after I Told them Both "I am no Longer-Affiliated," in a "Gang". (Background Information)

2.) On "May of 2011" at Dixon Prison, I was moved to Unit #26 & Cell #10. The Cellie I had went home.

(Continued on Page 5)

Continued

#2) Another inmate Came to one the Day before my Cellie went home and asked Could he Move in when my Cellie left, and I told him, if the C/o will approve it, I don't Care. The Guy and I ended up Cellies the C/o Ms."Terry" approved the Move. (Backround Information)

3.) A week later this Guy Starts telling one what I Can and Can't do in Our Cell. He's a Muslim, "I'm a Christian", AND I went to the Staff here in Dixon. (Backround Information)

4.) I Spoke to "C/o Terry" Who approved the Cell Move, about Moving one in another Cell, and explained my Problem, I was "Told- No". (Backround Information)

5.) On or about 1/1/12, I Spoke to C/o Mority who worked in "Bldg 118" about my Problem. He Spoke to "Lt. Justice," AND Lt. Justice told him to Send one Over to the Chow Hall.

6.) After explaining my Problem "Lt. Justice" told one to put in a "Request Slip" for a Cell Change. (Backround Information)

7.) On 1/2/12 C/o Mority in Bldg 118 While in the Pray room Came and Called one Out. He asked what Happen, what did Justice, Lt. Justice Say? I told him. He then Said, if I were You, I would go in the Unit, and Call my Cellie to the Cell and whip his Ass. He went Onto Say, You'll go to Seg for 15 days, thats if, Problem Solved. (Backround Information)

(Continued On Page 6)

8.) On this same day, I walked back to the Prayer Room. A few minutes later I walked to the restroom in Bldg 118, when I came out, a Lt. (Name Unknown) and C/O Moritz walked up to me with "My Coat and Bible" and the Lt. asked me, "What's Your Name?" I told him, and I was "Handcuffed" and put in a "Van" and taken to "Segregation". (Backround Info)

9.) I received while in "Segregation" a "Major-Displ Disciplinary ~ Report Stateing; "I→Threatened→To Kill My Cell". When I went before the Adjustment Committee I was found "Guilty", and Given "15-days to Cool-off" I was later told. The other guy was moved to Unit "42"–2-Days Later, a "Special Living Unit" Here in Dixon. (Backround information)

10.) Prisoners who "Threaten to Kill Their Cellies" or "Another"→ "Prisoner Are Usually Transfered". (Backround information) . See Exhibits A-1+2, and 3+4 .

11.) Several Months later I ended up in Unit "60 cell-45" with Milton Shepard #K-52138 .

12.) Me having a "Bottom-Bunk permit," Shepard who was in the Bottom-Bunk had to move from the "Bottom" to the "Top-Bunk".

13.) I talked to several C/O's and a few Lt's about "Shepard talkin Crazy to Me about

(Continued on Page 7)

(7.)

(#13 - Continued)

Him having to Move Up "Top".

14.) SHEPARD #K52138 let me know he wasn't okay with having to "Move up Top", giving up the "Bottom-Bunk." No matter what I say to "Him", he Continue to TALK-CRAZY + he THREATENED-ME" repeatedly. And I told the C/o's working Unit "60", and was told they'd talk to "Him".

15.) When in the "Cell or Dayroom", I walked away from "SHEPARD" on many Occassions while he was acting aggressive towards me, threatening Me, talking Crazy.

16.) I did Whatever I could trying to avoid a "Physical Altercation". Especially when we were locked in a cell, "OUR-CELL."

17.) On 1/28/2013 "Shepard" called me to Our cell and told me; I talked to the C/o on the 7/3 shift, and they told Me "NO ONE in Cell 46" has a "Bottom Bunk Permit," So You gotta Move "Your Ole Ass Up Top".

( Continued On Page 8 )

18.) I told "Shepard" I Showed You my Bottom Bunk Permit." He replied, it's "Bogus", I don't want to there it. I'm about to F__k You Up for Playin me out that "Bottom Bunk".

19.) I said, lets go talk to the C/O's about this and See what he Says? We went "Together" to talk to C/O A. Daniel's who was workin Unit "60" on 1/28/13 during the 3/11 Shift.

20.) I explained Our Problem. C/O Daniel's asked his (Co-Worker a "Woman") to Call Unit "61" first and See if I had a "Bottom Bunk Permit" before I was transfered from "61 to Unit 60," and whoever "She" spoke to Said "YES", I left my "Original Copy Over there", in Unit "61".

21.) This "Woman" workin with C/O Daniels' on 1/28/13 then "Called the Health Care Unit" to See if my Permit was "Good," and after Getting Off of the Phone She "Told→Shepard," "You better leave Him Alone, or "You're Goin to Segregation."

(Continued On Page 9)

(Page 9)

22.) After going to the %'s working Unit "60" on the evening of 1/28/13, and the %'s telling Shepard my "Bottom Bunk Permit" was "Good", and to leave me alone, he Continued to "THREATEN-ME".

23.) Several "INMATES" → HEARD → SHEPARD → THREATENING ME".

24.) When I got to Our cell "46" SHEPARD who was walking in front of ME, turned and "Started Swinging On ME."

25.) There were Several guys Standing close to Our cell "Talking" who "SAW" Shepard turn, and Start "Swinging On Me."

26.) Me Not expecting Shepard to "Start Swinging on Me" I grabbed him "after being hit 3 or 4 times", and kicked my Shower Shoes off, and we "Fought" for a few minutes.

27.) He "Fought" 'til I Started getting the Best of Him then Shepard turned, and ran Up towards the "DayRoom".

28.) % "Daniels" Nor % "Christensen" #7956 who wrote the ticket did Not "See Me, and Shepard → "Fighting" in front of "cell 46" in the "HALLWAY, or in the "DayRoom". % Daniels" happen to look Up, and "See Me Swinging On Shepard."

29.) I was placed in Cuffs and taken to Segregation, my Cellie was taken to the "Hospital and after Spending the Night, Returned to Unit "60" in the "Same cell"

(Continued on Page 10)

And got the "Bottom Bunk" after all.

30.) Shepard was "allowing to RETURN to Our CELL", Move from the "Top to the Bottom Bunk", REMAIN in GENERAL-Population, and also "CONTINUE to Go To WORK" in the "INDUSTRY" here in Dixon.

31.) Normally "Two-Prisoners Fighting", ARE "Both WALKED To SEGREGATION", and they're "put under "INVESTIGATION-STATUS". Shepard was "NOT", walked to SEG, "I-WAS". Why?

32.) Shepard Stayed in Population for "7-Days", went "BACK" to Cell 46 + got the "Bottom-Bunk", Continued to be allowed to "go to "WORK" in the "INDUSTRY", while I "Sat" in "SEGREGATION".

33.) Shepard "was Not locked Up", and put in Segregation until, officials were "Told" of "Shepard walking around talking about "Fileing A LAWSUIT", and "HE'S Pressing Charges On Me". Only then was Shepard locked Up, walked from the "INDUSTRY to SEGREGATION".

34.) Shepard was walked to Segregation on 2/4/13, and Charged with "Fighting", With "ME."

35.) On 1/31/13 C/O "Woolworth" came to my cell to look at me, for Scars, per order of "INTERNAL-AFFAIRS, C/O "Mr. Thompson".

36.) Both of my witnesses on my 1/28/13 ticket "Moore #N-01514" and "Rhodes #N-08456", Confirmed Confirmed what I told the Adjustment Committee. That Shepard swung at me 1st, AND "He Did". (Continued On Page 11)

37.) On 2/1 and 2-3-2013 "C/o Thompson head of I.A. Came to speak to me about his displeasure with Shepard being in Population, and not being happy with me being in "Seg."

38.) C/o Thompson head of I.A. went on to assure me that the "Assault-Ticket" would be "Changed" to a "Fighting-Ticket".

39.) While in Segregation, "Shepard" Continued to try and intimidate "Me". Yelling Out his "Seg window→when I went to the Yard" that he was going to "Seriously Hurt Me."

40.) Even the "C/o's workin in Segregation heard "Him", the workers in Segregation Personally came to my cell several times and told me to "watch-Myself" because "Shepard" was telling guys On his side, and Seg workers that; when he gets Out, he'll be Right-Back to Seg, because he was gonna F--k Me Up.

41.) Once Released from Seg. Shepard saw me from a Distance and began Yellin "Threats to Harm-Me" in front of several "C/o's, and other "Inmates Heard Him."

42.) The C/o's would "Yell" at "Shepard to Catch up with his Unit, or he'd be walked to Seg.

43.) I "Personally wrote C/o Thompson "Head of I.A. about being "Threatened by Shepard."

(Continued on Page 12)

44.) After "Writing C/o Thompson" about Shepard's "THREATENING-ME", I "stop taking my MEDICATION" because I didn't want to be Caught "drugged up by "Shepard," and "Possibly -BEATEN-UP".

45.) Dr. Neilson the Video Pychologist "sent me a pass because I had not been taken my Medicine for 2-weeks. This pass I got on 3/26/13 was Sent.

46.) When "asked by Dr. Neilson→Why "I haven't been taking my Meds", I told "Him"→ I "Stopped" because I did "NOT-WANT to be→drugged up if I ran into Shepard". Dr. Neilson then asked me had I talked to anyone, and told him that I "HAD". That I talked to C/o's, Lt.'s, the Head of "INTERNAL-AFFAIRS", including Personally talkin with C/o→Yourbrough "Yourbrough" "Who promised he'd talk to the Shift Commander" and get back With Me, or Someone Would. I also talked to Dr. VICRoy who is also "my "Pychologist."

47.) According to Dixon Corr. Center's Orientation Manuel on page #9, The goal of Dixon prison is to Provide a "SAFE", and "SECURE" environment for "All "Prisoners.

The Staff here in Dixon" were made aware of Shepard THREATENING the Plaintiff "Yet "failed to Protect the Plaintiff ,"and were "Deliberately Indifferent, and "All "were "Grossly Negligent", GROSELY-NEgLigent".

(Continued On Page 13)

48.) On 3/28/13 → Unit 31 and Unit #58 were on Dixon Prisons Yard "Together for RECREATION".

49.) "I was in Unit 58, and Shepard was in Unit 31, on 3/28/13.

50.) I was Sitting on the Yard bench talking with INMATES - "Scott → #B-54027, and WALKER #A-60441 when I/M - "Shepard" circled our Bench INviting Plaintiff Eddie Myles to meet him over by the Shack on the Yard. I "IGNORED" Shepard.

51.) Shepard returned again to the Bench, Me(Plaintiff), "Scott", "Walker", and a few others were Sitting, "insisting I get up and meet him by the Shack to Fight. "Again I "IGNORED - Him".

52.) Shepard after a few Minutes, again walked up to the Bench we were Sittin at, Myself, Scott, and Walker, who were all Sittin, and a few others, "Stood-Up".

53.) Scott said, why don't you leave this "old Man alone" "with this Mess Youre-On" and enjoy the day, Shepard told Scott - "Mind Your Business".

54.) Shepard then pushed pass Scott, "Curseing and Swinging" at "ME".

55.) It had rained "EARLIER", and while trying to Brace Myself, I slipped and fell on the "WET-GRASS as Shepard was" Swinging on me as I was Backing Up AND "FELL-DOWN".

56.) Shepard hit me about 15 to 20 times about my "HEAD, and "FACE" as I Covered Up as "BEST I CAN."

(Continued On Page 14)

(Page 14)

57.) As Shepard was on top of me Swinging, the "Horn went Off" letting everyone know "Yard was Over". Only when the "Horn" went off did Shepard get up off of me, and ran to catch up with "Unit-31"'s Yard line.

58.) I was "Dizzy" from "Shepard hitting Me" in the "Head and about My-Face." I got up slowly to catch up with my Unit leaving the Yard. This Happen on the 7/3 Shift, on 3/3/13 3/28/13

59.) "No officer" in the "Yard-Towers" or the Yard C/O's who "Were"- "Assigned to Yard Duty", Saw ▓ "What-Happen." No-One. "50 or More Inmates Saw "Shepard Assault-Me" on the Yard, but "No Staff Member".

60.) I went to Bldg.118 for, or to the "Artroom" on the 3/11-Shift On 3/28/13, and while walking, "Almost Fell out."

61.) In Bldg.118 on 3/28/13, I asked the C/O working "Solano" to call for me a "Lt. or Someone from I.A.." C/O Alano took me into an empty class room and saw how I was "Beaten-Up", then made the Call for a "Lt. or Someone from I.A."

62.) Lt. Craft and C/O Giegiel "Came to Bldg.118 on 2/28/13 to See why I Called for a Lt. After I explained as Best I can what happen, how "Shepard-Assaulted-Me", Lt. Craft told Me that, I would have to be placed in "Segregation Under Investigation." I said lets go. I asked to be taken to the Hospital-1st and I "Was."

(Continued on Page 15)

63.) Myself, Lt. Craft, and C/O Giegiel left Bldg. 118 headed to their VAN, then the "Health Care Unit." No Cuffs were put on me.

64.) While in the "Van", in route to the "Health) Care Unit", Lt. Craft told C/O Giegiel" to drop us off at the "H.C.U.", and go over to "Unit-31" and Lock "Inmate-Shepard" Up, take him to "Segregation".

65.) We were dropped at the H.C. Unit and I saw a Nurse who gave me some "Tylenol for Pain", also "Lt. Craft took 4 or 5 Photo's of Me, Photo's which should be in my efile."

66.) Lt. Craft walked me to Segregation on 3/28/2013, Lt. Craft wrote up a Disciplinary Report for Fighting around 2 P.M on the Yard. "Never was I Under Investigation" as Lt. Craft told me I would "BE". Lt. Craft Stated in the Ticket that I "Told Him" Myself, and Shepard were "Fighting". He lied.

67.) Lt. Craft was told I was "Assaulted", "Not-Fighting". The Lt. Wrote the Ticket Up like he did to "Cover" those C/O's "Workin the Tower", and those "Workin the Yard" on 3/28/2013.

68.) "C/O MR. Thompson" head of "T.A." Personally came to my cell while I was in Segregation, and "Apologized for NOT talking to "Shepard about Him THREATENING ME", or "Locking Him Up."

69.) I had two Witnesses who were Sitting with me Confirm what I said "Happen" that "Shepard Assaulted Me," that I Never got a chance to "Fight-Him or THROW A PUNCH!"

(Continues On Page 16)

(Page 16)

70.) Both "Mr. "Scott" and "Mr. "Walker" gave Statements concerning What "Happen" on the Yard, Both Witnesses Confirmed what I Stated, that Shepard "ASSAULTED-ME", that there was "No-Fight." Both told the "Adjustment Committee" I never got a chance to "Fight" with Shepard, to THROW ANY Punches".

71.) For the "Adjustment Committee" to find me "Guilty" of "Fighting" with Shepard is "Bogus". And this was done to "Cover"→ the "C/O's workin the Towers" and on "Yard Duty" and other Staff, who allowed this "ASSAULT to HAPPEN".

See EXhibits B-1, 2 AND 3 (From 1st Ticket) and C-1, 2, 3 AND 4 (From 2ND Ticket).

72.) After being found "Guilty", and given "30 days across the Board" with a "Disciplinary Transfer" I asked if I Could take a lie detector TEST and I was DENIED."

73.) I Sat in Segregation from 3/28/13 to 4/29/13 for Fighting, Yet on 4/19/13 I was placed Under Investigation, that's Crazy. From 3/28/13 to 4/19/13 the "TAG over my CELL Door" said I was in Seg for "Fighting". Yet on 4/19/13 the "Fighting-Tag" was "REPlaced" with a TAG stateing that I was "UNDER-INVESTIGATION". Why?

74.) I did Everything I Could to "AVoid" both the 1st and the 2ND Physical-Altercation with Shepard I talked to Staff Officials Over, and Over before either "Altercation - even OCCURED."

(Continued On Page 17)

75.) I am 62 yrs old now. I was "61 yrs old" when both "Physical Altercations Occured" here in Dixon Corr. Center. And "All-Over Me (Eddie H. Myles) HAVING A Bottom BUNK PERMIT."

76.) Shepard was "TRANSFERED" in April of 2013. Someone Should of talked to this Young Man before the "1st Physical Altercation". If they "Had", there wouldn't of been a "2ND Physical Altercation". But NO ONE Did, →"NOBODY."

77.) I never Should of been "ASSAULTED or THREATENED" because I "HAD A Bottom BUNK Permit." Nor BEATEN-UP "BEATEN-UP."

"Claims for Relief"...

78.) The "FAILURE" of "WARDEN CHANDLER" to "Correct the Wrong", to intervene in all issues presented in this lawsuit that were brought to "HER Attention" → Via the "Prison Grievance System", and The Adjustment Committee Summery Reports Signed by "Her", thereby establishing "HER PERSONAL KNOWLEDGE and "HER-INVOLVEMENT" in this matter.

79.) The "FAILURE" of C/o "Mr. Thompson" → Head of "I.A. to "Protect-the PLAINTIFF" from Being "Attacked, and ASSAULTED" on 3/28/13 by "SHEPARD, → "Displaying DELIBERATE INDIFFERENCE" to the Plaintiff's "Health, and SAFETY" after being "Notified" by way of a Personal → "LETTER to Him" from the "Plaintiff" about Shepard → "MAKING THREATS to HARM the PLAINTIFF" from 2/4/13 to 3/28/2013.

(Continued On Page 18)

80.) The Failure of Lt. KEMMEREN the CHAIR-PERSON of the Adjustment Committee, and "Counselor Hernandez" to Correct, and INTERVENE in "All-Issues" presented in this "Lawsuit"; Failure to Follow Federal Law" Concerning the; "Basis for their Decision" by Not Useing "ACTUAL→ "Evidence in the Ticket" to "Find-Guilt" of Plaintiff. or Concerning the "Plaintiff." See EXhibits #C-1and 2 and 3and 4.

81.) Lt. Kemmeren the Adjustment Committee, (CHAIR-Person) Clearly Stated in the Adjustment Committee Summary Report; that "Because of
* the Way Lt. Graft "wrote-up" the Ticket; I received on 3/28/13, thats Why; I was "Found-Guilty. Thats "CRAZY". Bogus.

82.) So in Spite of Both "Scott" and "Walker" Stateing to the "Adjustment Committee Chair Person, and Counselor; there
* was "No-Fight", that Shepard→Assaulted-the Plaintiff" the Plaintiff was Still "Found-Guilty", of →Fighting".

83.) They "Found ME Guilty of Fighting" to "Cover" the "C/o's who "Worked in the Towers on 3/28/13 who did "Not See This→ Assault," and the→"C/o's who were Scheduled to work the Yard", "who also "Did-Not See this "Assault."

84.) Naturally Shepard would "Never Admit He Assaulted-ME" Knowing he could possibley lose a YEAR→1-YEAR ACROSS the Board, and Possibly be "Prosecuted." So when asked about what happen on the Yard on 3/28/13 he Stated, We were "Fighting" Both "Throwing-Punches."

(Continued On Page 19)

85.) "Most of the guys in Dixon on 3/28/13 who were on the Yard" and "those guys who were" Not on the Yard" on 3/28/13 and most of the "C/o's who worked on 3/28/13 → heard about what "Happen" on the "Yard", that → "Plaintiff" was "Assaulted by SHEPARD-K-52138.

86.) "Mr. Thompson" came to my cell, and Personally "Told-ME" he talked to the "Warden, Ms. Nedra Chandler" and "Told-Her" after "Talking to Several-Individuals" who were on the "Yard" other than "Scott, and Mr. Walker"→ he feels that "SHEPARD-Initiated" → "Both-Altercations", That "SHEPARD" alone should be "Transfered, and "Not-ME."

87.) The Very "Next Day the Warden" Came to my cell, and said, "Mr. Myles," Somebody really steped Up for You," AND "Spoke to Me on Your Behalf" about what actually "Happen on the Yard." She went onto tell me, I'm still UNDECided about whether or Not I should Transfer "Both of You" or Just SHEPARD." So just sit back and Chill Out, and You'll Know Soon what I decided to do. She then walked away, before I could Speak.

89.) 3 to 4 days Later, "Mr. Thompson" Came to my cell in Seg., and Said, the "WARDEN is Not gonna Transfer - You." SHEPARD → didn't fair So well, So sit back And You'll get Out on the 27th or 28th of April.

(Continued On Page #20)

Relief Requested...

I'm asking this Honorable Court to "Right the Wrong done to ME", by "Staff of the Dixon Corr. Center"; The "WARDEN" → Nedra Chandler, the "HEAD or Member of INTERNAL-AFFAIRS" → Mr. Thompson, the "CHAIR-PERSON" of the Adjustment-Committee here in Dixon", "Lt. Kemmeren", Lt. "Craft," a Lt. who usually works the 3/7 shift in Dixon Corr. Center, also → "Counselor" → Jose A. Hernandez" who along with Lt. Kemmeren Sat on the "Committee," and Found ME Guilty, "Guilty" → Both-Times, that I went before the Adjustment-Committee "Concerning this "MESS" with INMATE → "Shepard."

I'm asking for "$80,000.00" per each "Defendant in this Claim". Plus $1,000.00 for EACH-DAY I Sat in Segregation", from 3/28/13 to 4/28/13 in "DAMAges" for "ME BEING ASSAULTed "by INMATE → "Shepard." For "My "PAIN and SufFering", and the "STAFF" in the Dixon Corr. Center" → "Allowing" INMATE → "Shepard to BE ABle" To "Follow Through with His THREATS" To "Hurt AND HARM-ME."

I'm asking that this "Honorable Court" and "Judge on → this-Case" → AWARD ME DAMAges For Being Assaulted," and "Not → Protected" by "STAFF-MEMEMBERS". This "ASSAULT" Could "Have, and Should Have Been Avoided," but Staff allowed this ASSAULT to Happen after being Told of THREATS to Hurt AND Harm this PLAINTIFF." This "PLAINTIFF Should of been Protected," Not → "Assaulted." *

Relief Requested Continued...

(A) Plaintiff is demanding a "Jury Trial."

(B) That this "Honorable Judge in this Case," and "Court," award this Plaintiff $30,000.00 from "EACH-DEFENDANT" Named in this Claim being brought before the "Courts."

(C) That the Plaintiff be Awarded → Nominal, Compensatory, Declaritive or Declaritory, Punitive, and Injunctive Damages, from "All DEFENDANTS Named IN This Claim," that violated this Plaintiffs Eighth-8th and Fourteenth-14th Amendments under this U.S. Constitution due to the "Staff in Dixon Corr. Center's" "FAILURE To Protect the PLAINTIFF," and the "Staff Show of → "DELIBERATE-INDIFFERENCE to Plaintiffs Health, AND Safety."

(D) Plaintiff is asking $1,000.00 for each day he Sat in Segregation as a Result of what happen on 3/28/13 in Dixon Corr. Center which was O.a total of "30-DAYS." Plaintiff Should be AWARDED $30,000.00

(E) That Plaintiff be Awarded the Cost of "Litigation," "Copies," "Postage," "Fileing-fees," Paper, AND Pens ect.

(F) That is Honorable Judge assigned to this Particular Case and Honorable Court - GRANT this PLAINTIFF Such Relief that this PLAINTIFF Aty MAY Be ENTITLED too, and this Court deems hes "ENtitled" too...

THANK-You: Mr. Eddie Myles #A-71068
P.O. Box 999
Pinckneyville, Ill. 62274

(Page 22)

Total Amount of Relief "REQuested" by this Plaintiff

$430,000.00 TotAL...

For Plaintiffs Pain, and SuFFering, Psychological-Pain, AND DiFFiculties Sleeping at "Night, or during the Day". Plaintiff Could of been "Killed" By INmate SHEPARD "on the "Yard" in DiXoN CoRR Center on "3/28/13". And All "Over→Plaintiff→Having A "VAlid Bottom BuNK PERmit", A "PERmit→Plaintiffs "HAd for yEARs" when in the I.D.O.C."

I Eddie MylEs (A-71068) declair Under "PENALty of PERJURY" that, I am the Plaintiff in this "CIAim", Complaint being brought before this "Honorable Court, and Judge", that, I HAVE Read" this "Entire-Complaint" and the "INFoRmatioN" Contained therein is "TRuE to the Best of Plaintiffs KNowledge, INFoRmatioN, and BElieF."

MARch
Date

Eddie MylEs (A-71068).
P.O. Box 999
Pinckneyville, IL.#62274

Subscribed and Sworn to Before Me
This_____ day of MARch _____ 2015.

_____
Notary Public